IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Thomas Forman & | ) | Case No. 13-18566 |
| Teresa Forman | ) | |
| Debtor(s) | ) | Chapter 7 (converted from 13) |
| | ) | |
| | ) | Judge: Timothy A. Barnes |

## NOTICE OF MOTION

TO:    See Attached Service list

On November 26, 2013 at 10:00 a.m., or soon thereafter as counsel may be heard, I shall appear before the honorable Judge, Timothy A. Barnes or any judge sitting in his stead in courtroom 613, usually occupied by her in the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois and present the attached Debtors' Motion to Sell Real Estate 1422 Hinman Ave., Evanston, Illinois 60201.

/S/Timothy M. Hughes 6208982

Timothy M. Hughes 6208982
LAVELLE Law, LTD.,
501 W. Colfax Street
Palatine, Illinois 60067
(847) 705-7555

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served a copy of this notice and the documents referred to herein on the parties on the attached Service List *via* United States Mail by depositing same in a U.S. mailbox located in the building known as 440 W. Colfax, Palatine, Illinois on November 19, 2013 except for **Richard J. Mason** and Patrick Layng who were served *via* electronic filing CM/ECF.

/S/Timothy M. Hughes 6208982

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-18566<br>Northern District of Illinois<br>Chicago<br>Tue Nov 19 15:33:22 CST 2013 | Bank of America, c/o Prober & Raphael,<br>20750 Ventura Blvd, Suite 100<br>Woodland Hills, CA 91364-6207 | THE BANK OF NEW YORK MELLON FKA THE BANK OF<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | Bank New York Mellon<br>c/o Codilis & Associates<br>15W030 N Frontage Rd<br>Willowbrook, IL 60527-6921 |
| Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | Bank of America<br>c/o Manley Deas Kochalski<br>1 E. Wacker Dr., 1730<br>Chicago, IL 60601-1980 | Bank of America, N.A.<br>c/o Prober & Raphael<br>Attorneys For Secured Creditor<br>P.O. Box 4365<br>Woodland Hills, CA 91365-4365 |
| Bank of America, N.A.<br>c/o Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364-6207 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Capital One<br>POB 6492<br>Carol Stream, IL 60197-6492 |
| Chase<br>Cardmember Services<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Discover<br>POB 6103<br>Carol Stream, IL 60197-6103 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| FIA CARD SERVICES, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | FIA Card Services<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Sam's Club TD Bank<br>POB 530942<br>Atlanta, GA 30353-0942 | TD BANK USA, N.A.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | THE BANK OF NEW YORK MELLON FKA THE BANK<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| Target National Bank<br>PO Box 660170<br>Dallas, TX 75266-0170 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Richard J Mason<br>McGuire Woods LLP<br>77 West Wacker Drive<br>Suite 4100<br>Chicago, IL 60601-1818 |
| Teresa A. Forman<br>1422 Hinman Ave.<br>Evanston, IL 60201-4702 | Thomas A. Forman<br>1422 Hinman Ave.<br>Evanston, IL 60201-4702 | Timothy M Hughes<br>Lavelle Legal Services Ltd<br>501 West Colfax<br>Palatine, IL 60067-2545 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Thomas Forman & | ) | Case No. 13-18566 |
| Teresa Forman | ) | |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Timothy A. Barnes |

**DEBTORS' MOTION TO SELL REAL ESTATE**
(1422 Hinman Ave., Evanston, Illinois 60201)

Now come the Debtors by and through their attorneys, Lavelle Law, Ltd., and respectfully moves this Honorable Court to enter an Order Authorizing the Debtors to sell their property at 1422 Hinman Ave., Evanston, Illinois ("1422 Hinman") and pay ordinary and customary closing costs related to the sale and in support thereof states as follows:

1. Debtors filed their voluntary Chapter 13 case on May 1, 2013.

2. Debtors filed their Chapter 13 case on May 1, 2013 just hours before the scheduled Judicial sale of their home (See Exhibit A).

3. Debtors had accepted a contract to sell their primary residence, property at 1422 Hinman Ave., Evanston, Illinois 60201 ("1422 Hinman Ave.") for $550,000.00 and planned to close on that sale on or about 45 days from September 25, 2013.

4. The Debtors sought this Court's approval to sell their primary residence which was granted on July 15, 2013 for the first buyer (See Exhibit B) and when that deal fell apart Debtors sought approval of a second contract that was approved on August 26, 2013 (See Exhibit C) which deal failed due to buyer's financing.

5. That the Debtors contracted with a landlord for new housing premised upon the first buyer closing on August 12, 2013.

6. That the neither first nor the second buyers could close because of failing to secure financing and have terminated their respective purchase contract.

7. Debtors have continued to market the property and have been approached by a new buyer who appears to be able to close quickly but requires quick confirmation that the Court approves the sale Contract (See Exhibit D). Further this buyer is offering a purchase price of $550,000.00, which is consistent with other offers and is the highest offer the Debtors have received and likely to receive (due to impending judicial sale).

8. That the Debtors have no relationship with the contract buyers and the contract purchase price reflects the Debtors' fair market value for their primary residence.

9. The Debtors contracted with a realtor (Weichert Lakeshore) to list the property and a real estate attorney (Lavelle Law, Ltd -- $500.00) to prepare the closing documents and attend the closing of the Real Estate Contract.

10. That the closing costs are within customary, ordinary charge for said realty and attorney services.

11. That it is in the best interest of this estate to consummate the Real Estate Contract with Buyer for $550,000.00 as soon as possible as the contract purchaser for 1422 Hinman calls for a closing within 45 days of the contract acceptance which would allow the contract purchaser to void the contract if not closed within that time.

12. That the Debtors entered into the Real Estate Contract for the sale of 1422 Hinman to satisfy both secured lenders' claims. As a result of the Real Estate Contract others

have worked to represent the Seller and Buyer who will only be compensated if the Contract is allowed to close.

13. Richard J. Mason has been appointed the interim Chapter 7 Trustee since the time of the Debtors converting their chase from Chapter 13 to Chapter 7 on November 14, 2013, however his appointment was not known until November 19, 2013 the date of this motion, therefore Debtor's request that the 20 day notice to creditors of Rule 2002(a) be shortened pursuant to Local Rule 306. If the property is not transferred as soon as possible the contract buyer will void the contract, which will eventually result in significant deficiencies on the first and second mortgage holder's claim.

WHEREFORE, Debtors, Thomas Forman and Teresa Forman, pray for the entry of an Order authorizing Debtors to sell the real estate commonly known as 1422 Hinman Ave., Evanston, Illinois, to Paul and Lauren Callaway pursuant to the attached Contact as modified by the parties, and short the notice provision consistent with this motion and for such other and further relief as the Court shall deem proper.

Respectfully submitted,
Thomas Forman and Teresa Forman
Debtors

/s/ Timothy M. Hughes 6208982
Attorney for Debtors

Timothy M. Hughes 6208982
LAVELLE LAW, LTD.
501 W. Colfax
Palatine, IL 60067
(847) 705-9698

S:\5751-6000\5902\R.E. Sale\3rd sale\3rd Motion to Sell Real Estate.doc